# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  March 19, 2015                    519367
_____

In the Matter of CHARLES R.
    CLINK JR.,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

ROBERT F. CUNNINGHAM, as
    Superintendent of
    Woodbourne Correctional
    Facility,
                        Respondent.
_____


Calendar Date:   January 20, 2015

Before:  Lahtinen, J.P., Garry, Devine and Clark, JJ.

_____


        Charles R. Clink Jr., Woodbourne, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., Garry, Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court